1  TONY WEST
   Assistant Attorney General
2  Civil Division
   DAVID J. KLINE
3  Director
   STACEY I. YOUNG
4  Trial Attorney
   United States Department of Justice
5  Office of Immigration Litigation
   District Court Section
6  P.O. Box 868, Ben Franklin Station
   Washington, D.C.  20044
7  (202) 353-9162

8  MELINDA HAAG
   United States Attorney
9  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
10 ILA DEISS (NYSBN 3052909)
   Assistant United States Attorney

11
       450 Golden Gate Avenue, 9th Floor
12     San Francisco, California 94102-3495
       Telephone:      (415) 436-7124
13     Facsimile:      (415) 436-7169
       Email:    ila.deiss@usdoj.gov
14
   Attorneys for Plaintiff
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                   SAN FRANCISCO DIVISION

19
   UNITED STATES OF AMERICA,          )  No. C 11-5112 MEJ
20                                    )
                  Plaintiff,          )
21                                    )  **STIPULATION FOR AN INITIAL CASE**
          v.                          )  **MANAGEMENT CONFERENCE; and**
22                                    )  **[PROPOSED] ORDER**
   JIE ZHONG,                         )
23                                    )
                  Defendant.          )
24 _____)

25
        Plaintiff, by and through its attorney of record, and Defendant, by and through his attorney of
26
   record, hereby stipulate to the following:
27
        1.  This complaint was improperly characterized and calendared as an immigration mandamus
28

Stipulation For Initial Case Management Conference and [Proposed] Order
C 11-5112 MEJ

case under General Order 61 (Immigration Mandamus Cases) with no court dates.

   2. The parties hereby request to have an initial case management conference pursuant to Civil Local Rule 16-10.

Dated: February 21, 2012               Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                            _____/s/_____
                                            ILA C. DEISS
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff

Dated: February 21, 2012               _____/s/_____
                                            ROBERT G. RYAN
                                            Attorney for Defendant

## ORDER

    Pursuant to stipulation, IT IS SO ORDERED. An initial case management conference under Fed. R. Civ. P. 26 is hereby set for _3/22/12 at 10am, Ctrm B_, with a joint case management statement to be filed with the Court seven days prior.

Date: February 22, 2012

                                            MARIA-ELENA JAMES
                                            Chief United States Magistrate Judge