TONY WEST
Assistant Attorney General
Civil Division
DAVID J. KLINE
Director
STACEY I. YOUNG
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
(202) 353-9162

MELINDA HAAG
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ILA DEISS (NYSBN 3052909)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7124
    Facsimile:    (415) 436-7169
    Email:    ila.deiss@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-5112 MEJ |
| Plaintiff, | |
| v. | **STIPULATION FOR AN INITIAL CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER** |
| JIE ZHONG, | |
| Defendant. | |

    Plaintiff, by and through its attorney of record, and Defendant, by and through his attorney of record, hereby stipulate to the following:

    1. This complaint was improperly characterized and calendared as an immigration mandamus

Stipulation For Initial Case Management Conference and [Proposed] Order
C 11-5112 MEJ

1 | case under General Order 61 (Immigration Mandamus Cases) with no court dates.

2 |    2.  The parties hereby request to have an initial case management conference pursuant to Civil Local Rule 16-10.

Dated: February 21, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

       /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Plaintiff

Dated: February 21, 2012

       /s/
ROBERT G. RYAN
Attorney for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. An initial case management conference under Fed. R. Civ. P. 26 is hereby set for _3/22/12 at 10am, Ctrm B_, with a joint case management statement to be filed with the Court seven days prior.

Date: February 22, 2012

MARIA-ELENA JAMES
Chief United States Magistrate Judge

Stipulation For Initial Case Management Conference and [Proposed] Order
C 11-5112 MEJ