UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| USA | No. C 11-05112 MEJ |
| Plaintiff, | JUDGMENT |
| v. | |
| JIE ZHONG | |
| Defendant. | |

On August 29, 2013, the Court issued its Findings of Fact and Conclusions of Law and granted the Government's request for denaturalization of Defendant Jie Zhong. Dkt. No. 75. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of the United States and against Jie Zhong. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 29, 2013

_____
Maria-Elena James
United States Magistrate Judge