Stephen A. Shaiken
LAW OFFICES OF STEPHEN A. SHAIKEN
1299 4th Street, Suite 202
San Rafael, California 94901
Tel: (415) 448-5920
Fax: (415) 459-1426
Email: stephenshaikenesq@shaikenlaw.com

Robert G. Ryan
c/o LAW OFFICES OF EUGENE C. WONG, INC.
P.O. Box 2325
San Francisco, California 94126-2325
Tel: (415) 956-4809
Fax: (415) 956-3759
Email: bobryan@eugenewong.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JIE ZHONG,<br><br>　　　　Defendant.<br>_____/ | No. C 11-5112 MEJ<br><br>[Proposed] **ORDER RE DEFENDANT'S MOTION FOR STAY OF EXECUTION OF JUDGMENT AND TAXATION OF COSTS PENDING APPEAL** |

　　　　The Defendant's Motion for Stay of Execution of Judgment under Fed. R. Civ. P. 62 and Taxation of Costs Pending Appeal under Fed. R. Civ. P. 54(d)(1), having come on to be heard, the same having been submitted and duly considered by the Court, including all memoranda in support and opposition thereto:

　　　　IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Execution of final

1 judgment and taxation of costs are stayed pending appeal.

Dated: October 16, 2013

_____
Maria-Elena James
Chief United States Magistrate Judge

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system, including to the following counsel for the Plaintiff:

MELANIE L. PROCTOR
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
Tel. (415) 436-6730

STACEY I. YOUNG
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 305-7171

s/ Robert G. Ryan
ROBERT G. RYAN
Attorney at Law
c/o Law Offices of Eugene C. Wong, Inc.
405 Sansome Street, Second Floor
San Francisco, California 94111
Tel. (415) 956-4809
Fax: (415) 956-3759
Email: bobryan@eugenewong.com

[Proposed] Order Re Defendant's Motion for Stay of Execution and Taxation of Costs Pending Appeal
C 11-5112-MEJ